**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> SETH ZACHARY OWENS, <br><br> Defendant - Appellant. | No. 25-7185 <br><br> D.C. No. <br> 1:23-cr-00045-LEK-1 <br><br> MEMORANDUM* |
| UNITED STATES OF AMERICA, <br><br> Plaintiff -Appellee, <br><br> v. <br><br> SETH ZACHARY OWENS, <br><br> Defendant - Appellant. | No. 25-7186 <br><br> D.C. No. <br> 1:24-cr-00040-LEK-1 |

Appeal from the United States District Court
for the District of Hawaii
Leslie E. Kobayashi, District Judge, Presiding

Submitted June 22, 2026**

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before:     CANBY, BENNETT, and BADE, Circuit Judges.

In these consolidated appeals, Seth Zachary Owens appeals from the district court's judgments and challenges his guilty-plea convictions and concurrent 33-month sentences for being a felon in possession of ammunition in violation of 18 U.S.C. §§ 922(g)(1), and obstruction of justice in violation of 18 U.S.C. § 1512(c)(2).

Owens's counsel filed a brief under *Anders v. California*, 386 U.S. 738 (1967), stating that there are no non-frivolous arguments for appeal. Owens has not filed a pro se supplemental brief.

In the plea agreements, Owens waived his right to appeal the convictions and sentences.

Our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no non-frivolous issue as to whether the appeal waivers are enforceable. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We therefore dismiss these appeals. *See id.* at 988.

Counsel's motion to withdraw is granted.

**DISMISSED.**